Arthur W. MASSEY, Plaintiff–
Appellant,

v.

MECKLENBURG COUNTY DSS; Chrissie Tarrier; Clifton Alexander, Defendants–Appellees.

No. 01–1657.

United States Court of Appeals, Fourth Circuit.

Submitted July 12, 2001.

Decided July 19, 2001.

Arthur W. Massey, pro se.

Before WILLIAMS, MICHAEL, and MOTZ, Circuit Judges.

PER CURIAM.

Arthur W. Massey appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2000) complaint. We have reviewed the record and

the district court's opinion and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss on the reasoning of the district court. *Massey v. Mecklenburg County DSS*, No. CA–01–149–3–V (W.D.N.C. Apr. 25, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*